USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JACK PIUGGI,

              Plaintiff,

     - against -

GOOD FOR YOU PRODUCTIONS LLC, ET AL.,

              Defendants.

**23-CV-3665 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff is hereby directed to submit within five (5) days a status report of this action. The Court also hereby gives notice that failure to comply with this Order will result in the dismissal of this case for failure to prosecute.

**SO ORDERED.**

Dated:    7 June, 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.