```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JACK PIUGGI,

                Plaintiff,

- against -

GOOD FOR YOU PRODUCTIONS LLC, ET AL.,

                Defendants.

**23-CV-3665 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    On March 10, 2025, defendants Warner Bros. Discovery, Inc. ("Warner"), and Home Box Office Inc. ("HBO") filed a motion for attorney's fees. (See Dkt. No. 72.) That same day, defendant Grand Street Media ("Grand Street") filed a motion for attorney's fees and sanctions pursuant to Federal Rule of Civil Procedure 11. (See Dkt. No. 73.) On March 11, 2025, this Court ordered plaintiff Jack Piuggi ("Piuggi") to show cause as to why the Court should not grant by default Warner and HBO's motion for attorney's fees and Grand Street's motion for attorney's fees and sanctions (collectively, the "Motions"). (See Dkt. No. 82.) On March 19, 2025, Piuggi's counsel filed a declaration in opposition to the Motions, supported by an affidavit of Piuggi. (See Dkt. Nos. 83-84.)

    Accordingly, the Court hereby construes Piuggi's counsel's declaration as an opposition to the Motions.

1

Warner, HBO, and Grand Street are directed to submit replies, if they are so inclined, within seven (7) days of the date of this Order.

**SO ORDERED.**

Dated:  20 March 2025
        New York, New York

                                    _____
                                    Victor Marrero
                                    U.S.D.J.