USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/30/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JACK PIUGGI,

                    Plaintiff,

        - against -

GOOD FOR YOU PRODUCTIONS LLC, ET AL.,

                    Defendants.

**23-cv-3665 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 15, 2026, the Court referred this matter to the Court-annexed Mediation Program. (See Dkt. No. 96.) The Mediation Office has informed the Court that Plaintiff's counsel of record, Robert J. Hantman, has been unresponsive to efforts to schedule mediation. Additionally, Plaintiff has recently made two pro se filings. (See Dkt. Nos. 98, 101.) Plaintiff's counsel has not filed a motion to withdraw as counsel.

Accordingly, Plaintiff's counsel is ordered to inform the Court within seven (7) days of the date of this Order as to whether he continues to represent Plaintiff in this matter. If counsel seeks to withdraw, he must file a motion to withdraw in accordance with Local Civil Rule 1.4(b).

**SO ORDERED.**

Dated:    30 March 2026
          New York, New York

_____
Victor Marrero
U.S.D.J.