USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/2/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JACK PIUGGI,

                    Plaintiff,

        - against -

GOOD FOR YOU PRODUCTIONS LLC, ET AL.,

                  Defendants.

**23-cv-3665 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On March 31, 2026, counsel for Plaintiff filed a motion to withdraw and supporting declaration (Dkt. Nos. 104, 105). Plaintiff's counsel is hereby directed to serve the motion to withdraw and file proof of service on the public docket of this action pursuant to Local Rule 1.4(b).

**SO ORDERED.**

Dated:    2 April 2026
          New York, New York

                             _____
                                  Victor Marrero
                                  U.S.D.J.